UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| United States Of America,<br><br>                              Plaintiff,<br><br>        -against-<br><br>Pilar Molyneux,<br><br>                              Defendant. | 22-CV-10654 (JGLC) (RFT)<br><br>**ORDER** |

**Robyn F. Tarnofsky, United States Magistrate Judge:**

   This action is scheduled for a settlement conference on January 18, 2024. On January 5, 2024, Plaintiff submitted a letter requesting an adjournment of the conference. (*See* ECF 20.) Defendant consents. (*See id*.) Accordingly, IT IS ORDERED that the settlement conference scheduled to take place before me on January 18, 2024, is ADJOURNED to **Tuesday, February 13, 2024**, at 10:00 AM via videoconference. The Courtroom Deputy will email counsel the log in details.

   The parties are instructed to complete the Ex Parte Settlement Conference Summary Report and prepare pre-conference submissions in accordance with my Individual Rules of Practice. Pre-conference submissions must be received no later than **Tuesday, February 6, 2024**, at 5:00 p.m.

DATED:  January 10, 2024
             New York, New York

SO ORDERED.

_____
**ROBYN F. TARNOFSKY**
United States Magistrate Judge