UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>    -against-<br><br>PILAR MOLYNEUX,<br><br>                    Defendant. | 22-CV-10654 (JGLC)(RFT)<br><br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

      A settlement conference was scheduled for May 6, 2024**.** It is now rescheduled to **Tuesday, August 6, 2024 at 2:00 p.m** to be held through video conference. The Courtroom Deputy will email the conference details. The parties are instructed to complete the Ex Parte Settlement Conference Summary Report and prepare pre-conference submissions in accordance with my Individual Rules of Practice. Pre-conference submissions must be received no later than **Tuesday, July 30, 2024, at 5:00 p.m**. Corporate parties must send the person with decision-making authority to settle the matter to the conference.

DATED:  March 19, 2024
              New York, NY

SO ORDERED.

_____
**ROBYN F. TARNOFSKY**
United States Magistrate Judge