UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| United States Of America,<br><br>    Plaintiff,<br><br>-against-<br><br>Pilar Molyneux,<br><br>    Defendant. | 22-CV-10654 (JGLC)(RFT)<br><br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

The time for the settlement conference scheduled for **Tuesday, August 6, 2024** is updated from 2:00 PM to **10:00 AM**.

DATED: March 22, 2024
    New York, NY

SO ORDERED.

_____
**ROBYN F. TARNOFSKY**
United States Magistrate Judge